# Court of Appeals
# of the State of Georgia

ATLANTA, April 30, 2012

*The Court of Appeals hereby passes the following order*

**A12D0347 IN THE INTEREST OF: M. F. W., A CHILD (FATHER)**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

111005



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, April 30, 2012.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*